# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-26 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| William Termain Blair, | |
| Defendant. | |

This matter is before the Court on the Government's Unopposed Motion for Continuance of Motions Hearing. ECF No. 28. The Government moves for a 30-day continuance of the March 23, 2023, motions hearing in this matter, noting that "[d]ue to attorney conflicts that have arisen for both parties, neither party is able to appear at the motions hearing currently scheduled." *Id*. at 1. Defendant William Termain Blair agrees with the Government's request. *Id*. at 2.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to allow both parties' counsel to appear for the motions hearing and to provide the parties reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Unopposed Motion for Continuance of Motions Hearing, ECF No. 28, is **GRANTED**.

2. The period of time from **March 22 through April 24, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing shall be heard before Magistrate Judge Tony N. Leung on **April 24, 2023**, at **9:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

4. **TRIAL:**

All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to District Judge Susan Richard Nelson on or before *a date to be determined*.

This case must commence trial on *a date to be determined* before District Judge Susan Richard Nelson in **Courtroom 7B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

Dated: March   22  , 2023

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Blair*
Case No. 23-cr-26 (SRN/TNL)