## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-26 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| William Termain Blair, | |
| Defendant. | |

This matter is before the Court on Defendant William Termain Blair's Unopposed Motion for Continuance of Motions Hearing. ECF No. 30. Defendant also filed a Statement of Facts in Support of Motion for Continuance of Motions Hearing ("Statement of Facts"). ECF No. 31.

Defendant requests a 60-day extension of the April 24, 2023 motions hearing. ECF No. 30 at 1. He states that his counsel is unable to appear for motions hearing due to an attorney conflict. *Id*. In his Statement of Facts, Defendant requests that this period of time be excluded from computation under the Speedy Trial Act. ECF No. 31. The Government is in agreement with Defendant's request. ECF No. 30 at 1.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to allow Defendant's counsel to appear for the motions hearing and to provide the parties reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

1

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Unopposed Motion for Continuance of Motions Hearing, ECF No. 30, is **GRANTED**.

2. The period of time from **April 21 through June 23, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing shall be heard before Magistrate Judge Tony N. Leung on **June 23, 2023**, at **2:00 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415. D. Minn. LR 12.1(d).

4. **TRIAL:**

All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to District Judge Susan Richard Nelson on or before *a date to be determined*.

This case must commence trial on *a date to be determined* before District Judge Susan Richard Nelson in **Courtroom 7B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

Dated: April __21__, 2023

          *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Blair*
Case No. 23-cr-26 (SRN/TNL)