UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 23-cr-26 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| William Termain Blair, | |
| Defendant. | |

---

This matter is before the Court on the Government's Unopposed Motion for Continuance of Motions Hearing and Exclusion of Time. ECF No. 41. The Government moves for a 45-day continuance of the June 23, 2023 motions hearing in this matter, noting that "[d]ue to witness and attorney conflicts that have arisen, the Government is unable to appear at the motions hearing currently scheduled." *Id*. ¶¶ 3-5. The Government also moves to exclude time under 18 U.S.C. § 3161(h) "in the interests of justice to allow for continued preparation of counsel in this case." *Id*. ¶ 6. Defendant William Termain Blair agrees with the Government's request for a continuance of the motions hearing in this matter. *Id*. ¶ 7.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial, and such continuance is necessary to allow the witnesses and attorneys to appear for the motions hearing and to provide the parties reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Unopposed Motion for Continuance of Motions Hearing and Exclusion of Time, ECF No. 41, is **GRANTED**.

2. The period of time from **the date of this Order through August 15, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing shall be heard before Magistrate Judge Tony N. Leung on **August 15, 2023**, at **10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

4. **TRIAL:**

All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to District Judge Susan Richard Nelson on or before *a date to be determined*.

This case must commence trial on *a date to be determined* before District Judge Susan Richard Nelson in **Courtroom 7B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

Dated: June __21__, 2023

                                                    *s/ Tony N. Leung*
                                                    Tony N. Leung
                                                    United States Magistrate Judge
                                                    District of Minnesota

                                                    *United States v. Blair*
                                                    Case No. 23-cr-26 (SRN/TNL)