UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-26 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| William Termain Blair, | |
| Defendant. | |

This matter is before the Court on the Government's Unopposed Motion for Continuance of Motions Hearing and Exclusion of Time. ECF No. 49. The Government moves for a 45-day continuance of the August 15, 2023 motions hearing in this matter. *Id.* ¶ 5. The Government states that its counsel is unavailable for the hearing due to attorney conflicts. *Id.* ¶ 4. In addition, the Government states that additional time is needed because "the parties have discussed a possible resolution of this case short of trial." *Id.* The Government also moves to exclude time under 18 U.S.C. § 3161(h) "in the interests of justice to allow for continued preparation of counsel in this case and for completion of negotiations between the parties with respect to this case." *Id.* ¶ 6. Defendant William Termain Blair agrees with the Government's request for a continuance of the motions hearing in this matter. *Id.* ¶ 7.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial, and such continuance is necessary to allow the attorneys to appear for the motions

1

hearing and to provide the parties reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Unopposed Motion for Continuance of Motions Hearing and Exclusion of Time, ECF No. 49, is **GRANTED**.

2. The period of time from **the date of this Order through September 29, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing shall be heard before Magistrate Judge Tony N. Leung on **September 29, 2023**, at **10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

4. **TRIAL:**

All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to District Judge Susan Richard Nelson on or before *a date to be determined*.

[Continued on next page.]

This case must commence trial on *a date to be determined* before District Judge Susan Richard Nelson in **Courtroom 7B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

Dated: August __14__, 2023                     _s/ Tony N. Leung_
                                                Tony N. Leung
                                                United States Magistrate Judge
                                                District of Minnesota

                                                *United States v. Blair*
                                                Case No. 23-cr-26 (SRN/TNL)